U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

November 1, 2019

By ECF

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/1/2019
```

Re:   *Natural Resources Defense Council, Inc.*, et al. *v. U.S. Department of the Interior*, et al., 18 Civ. 4596 (VEC), consolidated with *National Audubon Society*, et al. *v. U.S. Department of the Interior*, et al., 18 Civ. 4601 (VEC), and *State of New York*, et al. v. *U.S. Department of the Interior*, et al., 18 Civ. 8084 (VEC)

Dear Judge Caproni:

      This Office represents defendants U.S. Department of the Interior, U.S. Fish and Wildlife Service, and Daniel Jorjani, in his official capacity ("Defendants"), in the three consolidated actions referenced above.  In accordance with the Court's August 9, 2019 and October 18, 2019 orders, *see* Dkt. Nos. 55, 58, we submit this joint letter on behalf of all parties to inform the Court as to the status of the administrative record for these matters.

      Pursuant to the deadline set in the August 9 order, Defendants produced the administrative record to all Plaintiffs on September 20, 2019.  On October 11, 2019, Plaintiffs collectively responded by proposing that additional materials be included in the record submitted by Defendants, and Defendants responded to those proposed additions on October 29, 2019.  The parties engaged in further meet-and-confer discussions this week, reached additional agreements on materials to include in and exclude from the administrative record, and substantially narrowed the scope of issues remaining in dispute.  The parties hope that an additional extension of time to continue their meet-and-confer discussions will allow for further progress and agreements.  Accordingly, the parties propose to provide a third status report regarding the administrative record on or before November 15, 2019, at which time the parties will again either (a) notify the Court that they agree that the administrative record is complete and propose reasonable page limits for their cross-motions for summary judgment, (b) propose a further reasonable, extended deadline by which to update the Court on the status of their discussions regarding the record's completeness, or (c) propose a reasonable deadline for briefing any motions regarding the record. *See* Dkt. No. 55 at 3.

We thank the Court for its consideration of and attention to these matters.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney for the
                            Southern District of New York

                      By: */s/ Andrew E. Krause*
                            ANDREW E. KRAUSE
                            Assistant United States Attorney
                            Telephone:  212-637-2769
                            E-mail: andrew.krause@usdoj.gov

cc:    All counsel of record via ECF

       Application GRANTED.

       SO ORDERED.

*[signature: Valerie Caproni]*

       11/1/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE